IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD BARROW,**

  **Plaintiff,**

v.           **Civil Action 2:18-cv-674**
              **Judge Algenon L. Marbley**
              **Magistrate Judge Jolson**

**TOBY HOLTON, et al.,**

  **Defendants.**

## ORDER

  This matter is before the Court on Plaintiff's Motion to Compel. (Doc. 19). In brief, Plaintiff's Motion asks the Court to compel Defendants to respond to his discovery requests. In response, Defendants represented that they have responded to Plaintiff's requests and attached said responses. (Doc. 22, Ex. E). Defendants also demonstrated to the Court that their counsel has been in communication with Plaintiff throughout this litigation, explaining Defendants' positions regarding discovery. (*See generally id.*, Exs. B, D, F). Plaintiff did not file a reply in support of the Motion to Compel, and the time for doing so has passed. Accordingly, the Motion is ripe for decision.

  Upon review, the Court concludes that Defendants have satisfied their discovery obligations, and, consequently, the Motion is DENIED as moot.

  IT IS SO ORDERED.

Date: April 23, 2019           /s/ Kimberly A. Jolson
                  KIMBERLY A. JOLSON
                  UNITED STATES MAGISTRATE JUDGE