# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD BARROW,**

    **Plaintiff,**

  **v.**                                  **Civil Action 2:18-cv-674**
                                              **Judge Algenon L. Marbley**
                                              **Magistrate Judge Kimberly A. Jolson**

**TOBY HOLTON, et al.,**

    **Defendants.**

## **ORDER**

The Court is in the process of appointing a mediator in this case. Accordingly, the parties' dispositive motion deadline is hereby **STAYED** pending the outcome of the parties' mediation efforts.

IT IS SO ORDERED.


Date: July 5, 2019                                                   /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE