IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BARROW | ) | CASE NO.   2:18-CV-00674 |
| | ) | |
| Plaintiff | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| -vs- | ) | MAGISTRATE JUDGE |
| | ) | KIMBERLY A. JOLSON |
| C/O TOBY HOLTON, et al. | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF APPEARANCE**

Now comes Sarah Gelsomino, Attorney at Law, and hereby enters her appearance as counsel of record on behalf of the Plaintiff, Richard Barrow, in the above-captioned case.

       Respectfully submitted,

       FRIEDMAN & GILBERT

       /s/ Sarah Gelsomino
       SARAH GELSOMINO (0084340)
       55 Public Square, Suite 1055
       Cleveland, OH  44113-1901
       Telephone: (216) 241-1430
       Facsimile: (216) 621-0427
       E-Mail: sgelsomino@f-glaw.com

       Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sarah Gelsomino
SARAH GELSOMINO
Attorney for Plaintiff