IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BARROW | ) | CASE NO.    2:18-CV-00674 |
| | ) | |
| Plaintiff | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| -vs- | ) | MAGISTRATE JUDGE |
| | ) |   KIMBERLY A. JOLSON |
| C/O TOBY HOLTON, et al. | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE

Now comes Jacqueline C. Greene, Attorney at Law, and hereby enters her appearance as counsel of record on behalf of the Plaintiff, Richard Barrow, in the above-captioned case.

Respectfully submitted,

FRIEDMAN & GILBERT

/s/ Jacqueline C. Greene
JACQUELINE C. GREENE (0092733)
55 Public Square, Suite 1055
Cleveland, OH  44113-1901
Telephone:      (216) 241-1430
Facsimile:       (216) 621-0427
E-Mail:           jgreene@f-glaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jacqueline C. Greene
JACQUELINE C. GREENE
Attorney for Plaintiff