# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD BARROW,**

    **Plaintiff,**

v.                              **Civil Action 2:18-cv-674**
                                   **Judge Algenon L. Marbley**
                                   **Magistrate Judge Kimberly A. Jolson**

**TOBY HOLTON, et al.,**

    **Defendants.**

## ORDER

On or before October 2, 2019, the parties are **ORDERED** to submit an informal status report regarding their recent.  The status report should be submitted to the Court at jolson_chambers@ohsd.uscourts.gov.

IT IS SO ORDERED.

Date: September 30, 2019                      /s/ Kimberly A. Jolson
                                                   KIMBERLY A. JOLSON
                                                    UNITED STATES MAGISTRATE JUDGE