IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD BARROW,**

    **Plaintiff,**

    **v.**

**TOBY HOLTON, et al.,**

    **Defendants.**

    Civil Action 2:18-cv-674
    Chief Judge Algenon L. Marbley
    Magistrate Judge Jolson

## ORDER

This case has been reported settled.  **A telephonic status conference will be held on November 6, 2019 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date:  October 2, 2019

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE