IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD BARROW, | : | |
| | : | Case No. 2:18-cv-674 |
| Plaintiff, | : | |
| | : | Judge Marbley |
| v. | : | |
| | : | Magistrate Judge Jolson |
| C/O TOBY HOLTON, et al., | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL**

Plaintiff Richard Barrow, and Defendants Toby Holton, Tony Barrett, Evan Smith, and Adam Smith, stipulate to the dismissal of this action, including all claims that were or could have been asserted in this Court or in any other court of competent jurisdiction against all Defendants as well as any other parties, with prejudice, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii). The parties have executed a private settlement agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacqueline Greene* | */s/ Thomas E. Madden (per consent)* |
| Jacqueline Greene | Thomas E. Madden |
| Sarah Gelsomino | Christina E. Mahy |
| Friedman & Gilbert | Assistant Attorneys General |
| 55 Public Square, Suite 1055 | Ohio Attorney General's Office |
| Cleveland, OH 44113 | 150 E. Gay St., 16th Floor |
| (216) 241-1430 | Columbus, OH 43215 |
| jgreene@f-glaw.com | (614) 644-7233 |
| sgelsomino@f-glaw.com | Thomas.Madden@ohioattorneygeneral.gov |
| | Christina.Mahy@ohioattorneygeneral.gov |
| | |
| *Counsel for Plaintiff Richard Barrow* | *Counsel for Defendants Toby Holton, Tony Barrett, Evan Smith, and Adam Smith* |